```
                                                    United States District Court
                                                     Southern District of Texas
        UNITED STATES DISTRICT COURT                           FILED

    FOR THE SOUTHERN DISTRICT OF TEXAS                      AUG 09 2022
UNITED STATES OF AMERICA,
                                                         Nathan Ochsner, Clerk
PLAINTIFF

        THE UNITED STATES OF AMERICA

                    VS                          Case No. 7:13CR01154-S3002

        TOMAS REYES GONZALEZ

            A/K/A El Gallo


DEFENDANT

MOTION TO TERMINATE SUPERVISED RELEASE AND DISCHARGE THE DEFENDANT PURSUANT


        TO THE TITTLE 18 U.S.C. 3583 (e)(1)
```

COMES NOW the Defendant, TOMAS REYES GONZALEZ, pro se and with this motion to Terminate Supervised Release and Discharge the Defendant Pursuant to Title 18 U.S.C 3583 (e)(1), and rule 32.1 of the Federal Rules of Criminal Procedure. Respectfully moves this Honorable District Court and request that this court issue and ORDER terminating the defendants' supervised release and discharge the Defendant from his judgment and sentence based on the Defendant rehabilitation, conduct, and in the interest of justice and the judicial economy.

In support of this Motion the defendant offers this Court the following information for this Court's consideration in aid of making a judicial determination in the case. The Defendant was convicted and sentence in this Court on NOVEMBER 13, 2014, and ordered to serve 120 Months of imprisonment, and to serve 5 years of supervised release.

    The Defendant completed the term of imprisonment on MARCH 18, 2021. Up to this date, the Defendant has served 1YEAR 5MONTHS 8DAYS of supervised release without any Motion and his extraordinary rehabilitation.

- A. No dirty U/A for one year.
- B. Reports to probation officer without any issues.
- C. Maintains gainful employment.

The Defendant assert that he qualifies for termination of the term of supervised release pursuant to the above-mentioned title and rule. This is based on the above-mentioned statements in addition to the fact that the Defendant has completed one year of the term as required by the title 18 U.S.C 3583 (e)(1) and Federal

Rules of Criminal Procedure, Rule 32.1 The defendant believes that the foregoing information warrant this court's exercise of its discretion and jurisdiction in the matter by terminating the remaining balance of the term of supervised release and fully discharge the Defendant of the same.

WHEREFORE, the Defendant prays that in the best interest of justice, and the judicial economy, that thus Honorable United States District Court GRANT this Motion and issue and Defendant be fully discharged from the Judgment.

IT IS SO REQUESTED

Respectfully Submitted,

*TOMAS Reyes GONZALEZ*

Petitioner

## CERTIFICATE OF SERVICE

I, TOMAS REYES GONZALEZ, herby certify that on this 8 day of AUGUST 2022, a true and accurate copy of the foregoing Motion to Terminate Supervised Release and Discharge of the Defendant Pursuant to the Title 18 U.S.C 3583 (e) (1), was mailed first class postage pre-paid, to the parties mentioned below.

Mailed to:

District Clerk

1701 US-83 BUS

MCALLEN, TX 78501

*TOMAS Reyes GONZALEZ*

U.S District Attorney

Bentsen Tower Suite

6001701 W Highway 83

McAllen, TX 78501

Respectfully Submitted By:

*TOMAS Reyes GONZALEZ*

Petitioner.

Petitioner's address:

    TOMAS REYES GONZALEZ

    3211 W Sugarcane Drive

    Weslaco, TX 78599